No. 00–10419. VERMILLION v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 00–10420. WATTS v. HUMPHREY, JUDGE, CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 00–10421. THOMPSON v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–10422. YON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–10423. ZISKIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10424. WOODWARD v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–10425. JONES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–10426. LOPEZ-RAMIREZ v. GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10427. MORALES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–10428. O'KEEFE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10429. MICHAEL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10430. JOHNSON v. KING. C. A. 4th Cir. Certiorari denied.

No. 00–10432. WHITE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–10433. THRASH v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 00–10434. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.